UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:13-cv- 80908-KLR

**COLETTE WILSON,**

    **Plaintiff,**

vs.

**SIMON PROPERTY GROUP, LP,**

    **Defendant.**
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT
AND TO DISMISS WITH PREJUDICE**

Plaintiff COLETTE WILSON ("Plaintiff") and Defendant SIMON PROPERTY GROUP, LP ("Defendant") (collectively referred to hereafter where appropriate as the "Parties"), hereby file this Joint Motion to Approve Settlement Agreement and To Dismiss With Prejudice. The following is stated in support:

**I.      STATEMENT OF FACTS**

1.      On September 6, 2013, Plaintiff filed a Complaint asserting causes of action alleging violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. (the "FLSA"). [ECF No. 1]. Specifically, Plaintiff asserts claims for alleged unpaid overtime and for retaliation for an alleged complaint regarding her wages.

2.      Defendant disputes Plaintiff's claim that there was any violations of the FLSA and states that Plaintiff was properly compensated for all hours worked and was terminated for legitimate, non-retaliatory reasons.

1

3. Nevertheless, on August 5, 2014, the parties were able to fully and completely resolve this matter.

4. The Parties agree that the settlement is a fair and reasonable resolution of the claims made by Plaintiff in this matter. Further, the Plaintiff's attorney's fee was agreed upon separately and without regard to the amount being received by Plaintiff.

5. A written Settlement Agreement has been prepared that memorializes the terms of the settlement between Defendant and Plaintiff, and is attached hereto as Exhibit A.

6. In accordance with the applicable requirements for settling an FLSA claim, the Parties hereby seek the Court's approval of the settlement reached in this matter.

## II.   ARGUMENT

Pursuant to the Fair Labor Standards Act ("FLSA"), claims for back wages and other damages arising under the FLSA may only be settled or compromised with the approval of the district court or the Secretary of Labor. *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) (claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. Id.

The Parties dispute whether any liability exists in the instant action. Nonetheless, they have agreed to settle the claims made in this dispute through the execution of a confidential settlement agreement, which is attached hereto. The Parties represent that, in accordance with the terms of the Settlement Agreement, Plaintiff is receiving a reasonable and satisfactory recovery of an agreed upon sum, plus payment of an agreed upon amount of attorneys' fees and

costs.  The Parties agree that the settlement terms they have reached in this action represent a fair and equitable resolution of this matter.

Finally, the terms of the Settlement Agreement are contingent upon approval by the Court.  Thus, the Parties respectfully request that the Court review and approve the settlement and issue an Order dismissing this action with prejudice as to Plaintiff, but retaining jurisdiction, as necessary, to enforce the Settlement Agreement entered into by the Parties.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the terms of the Settlement Agreement entered into by the Parties to the instant action.

Dated this 16th day of September, 2014.

| | |
|---|---|
| **/s/ Patrick DeBlasio** | **/s/   Jason S. Remer** |
| Patrick DeBlasio, Esq. | Jason S. Remer, Esq. |
| Florida Bar No.: | Florida Bar No.: 0165580 |
| E-mail: pdeblasio@littler.com | E-mail: jremer@rgpattorneys.com |
| Jessica T. Travers, Esquire | Brody M. Shulman, Esq. |
| Florida Bar No.: | Florida Bar No.: 092044 |
| E-mail: jtravers@littler.com | E-mail: bshulman@rgpattorneys.com |
| | |
| LITTLER MENDELSON, P.C. | REMER & GEORGES-PIERRE, PLLC |
| One Biscayne Tower | 44 West Flagler Street |
| 2 South Biscayne Blvd | Suite 2200 |
| Suite 1500 | Miami, Florida  33130 |
| Miami, FL 33131 | |
| Telephone: (305) 400-7500 | Tel: (305) 416-5000 |
| Facsimile:  (305) 603-2552 | Fax: (305) 416-5005 |
| Counsel for Defendant | Counsel for Plaintiff |

CASE NO.: 9:13-cv- 80908-KLR

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Jessica T. Travers*
Jessica T. Travers

## SERVICE LIST

Jason S. Remer, Esq.
FBN:  0165580
E-mail:  jremer@rgpattorneys.com
Brody M. Shulman, Esq.
FBN:  092044
Email:  bshulman@rgpattorneys.com
Courthouse Tower
44 West Flagler Street
Suite 2200
Miami, Florida  33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
ATTORNEYS FOR PLAINTIFF

Firmwide:128364858.1 079130.1001